# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Patrick O'Brien<br><br>*Defendant* | ) Case: 1:23-mj-00001<br>) Assigned To : Harvey, G. Michael<br>) Assign. Date : 1/4/2023<br>) Description: Complaint W/ Arrest Warrant<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Patrick O'Brien
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds

18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building

40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in Capitol Building.

Date: 1/4/2023

Digitally signed by G. Michael Harvey
Date: 2023.01.04 10:58:00 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.

G. Michael Harvey, U.S Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/5/2023 , and the person was arrested on *(date)*
at *(city and state)* Great Falls, MT

Date: 1/5/2023

*Arresting officer's signature*

Stephanie Fillyer SA
*Printed name and title*